**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 1239
Email: Sanderson@leachjohnson.com
Email:  Rhastings@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:     (702) 538-9074
Facsimile:      (702) 538-9113
*Attorneys for Defendant*
*Mountain Shadow Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MY GLOBAL VILLAGE, LLC, a Nevada limited liability company,<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, form and type of entity unknown; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation and ROE BUSINESS ENTITIES I through X, inclusive,<br>　　　　　　Defendants. | Case No.:       2:15-cv-00211-RCJ-NJK<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR COUNTER-DEFENDANT MOUNTAIN SHADOW HOMEOWNERS' ASSOCIATION TO FILE RESPONSE TO COUNTERCLAIM (#2)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>　　　　　　Counterclaimant,<br><br>vs.<br><br>MY GLOBAL VILLAGE LLC; MOUNTAIN SHADOW HOMEOWNERS' ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC.,,<br>　　　　　　Counter-Defendants. | |

Defendant/Counterclaimant Federal National Mortgage Association ("FNMA") and Counter-Defendant Mountain Shadow Homeowners' Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. FNMA filed an Answer to Complaint and Counterclaim on February 12, 2015 (#5). Said Counterclaim was served the Association on February 27, 2015.

2. Pursuant to Local Rule, an Answer to the Counterclaim is due on or before March 20, 2015.

3. The insurance carrier for the Association appointed counsel on March 18, 2015.

FNMA and the Association by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Answer and Response to Counterclaim. Association shall have up to and including March 27, 2015, to file its Response.

DATED this 20th day of March, 2015.

**PITE DUNCAN, LLP**


By:*/s/ Laurel I. Handley*
_____
LAUREL I. HANDLEY
Nevada State Bar No. 9576
KRISTA J. NIELSON
Nevada State Bar No. 10698
lhandely@piteduncan.com
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Phone: (858) 750-7600
Fax: (702) 685-6342
*Attorneys for Defendant Federal National Mortgage Association*

. . .

. . .

. . .

. . .

. . .

-2-

DATED this 20th day of March, 2015.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings*
_____
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 1239
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorney for Defendant Mountain Shadow Homeowners' Association*

## **ORDER**

IT IS SO ORDERED.

Dated this 27th day of March, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

-3-