**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY GLOBAL VILLAGE LLC,<br><br>        Plaintiff(s),<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>        Defendant(s). | Case No. 2:15-cv-00211-RCJ-NJK<br><br>ORDER GRANTING MOTION TO INTERVENE<br><br>(Docket No. 13) |

    Pending before the Court is the Federal Housing Finance Agency's motion to intervene, as conservator of the Federal National Mortgage Association. Docket No. 13. Any response was due no later than March 28, 2015. To date, no response has been filed opposing the motion. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). The Court has also reviewed the motion and finds good cause for granting it.

    Accordingly, because the motion is unopposed and for good cause shown,

    **IT IS HEREBY ORDERED** that Proposed Intervenor Federal Housing Finance Agency's Motion to Intervene, Docket No. 13, is **GRANTED**. The Answer in Intervention shall be filed on the docket no later than April 21, 2015.

    IT IS SO ORDERED.

    DATED: April 7, 2015

                                                  NANCY J. KOPPE<br>                                                  United States Magistrate Judge