# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MY GLOBAL VILLAGE, LLC,<br><br>          Plaintiff(s),<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>          Defendant(s). | Case No. 2:15-cv-00211-RCJ-NJK<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY<br><br>(Docket No. 36) |

Pending before the Court is a joint motion to stay litigation pending resolution of a motion for summary judgment filed at Docket No. 34.  Docket No. 36.  The Court has considered the joint motion in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases. For good cause shown, the motion to stay (Docket No. 36) is hereby **GRANTED in part**.  Discovery in this case is **STAYED** for 60 days from the entry of this Order, or until the resolution of the motion for summary judgment at Docket No. 34, whichever is first.  In the event resolution of the above motion for summary judgment does not result in the disposition of this case, the parties shall file a joint discovery plan within seven days of the issuance of the order resolving that motion.

IT IS SO ORDERED.

DATED: May 18, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge