LEACH JOHNSON SONG & GRUCHOW
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
Email: Cpittsenbarger@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Counter-Defendant*
*Mountain Shadow Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MY GLOBAL VILLAGE, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, form and type of entity unknown; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br><br>Intervenor.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal | Case No.:    2:15-cv-00211-RCJ-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME ON FEDERAL NATIONAL MORTGAGE ASSOCIATION AND FEDERAL HOUSING FINANCE AGENCY'S MOTION FOR SUMMARY JUDGMENT (#34)**<br><br>**FIRST REQUEST** |

1 | National Mortgage Association,
2 |     Intervenor.
3 | vs.
4 | MY GLOBAL VILLAGE LLC; MOUNTAIN SHADOW HOMEOWNERS'
5 | ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC.,
6 |
7 |     Counter-Defendants.

Counter-Defendant Mountain Shadow Homeowners' Association ("Association"), Plaintiff My Global Village LLC ("Plaintiff"), Defendant Federal National Mortgage Association ("Fannie Mae") and Intervenor Federal Housing Finance Agency ("FHFA"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Fannie Mae and FHFA filed a Motion for Summary Judgment on April 23, 2015 (#34).

2. Pursuant to Local Rule, a Response to Motion for Summary Judgment was due on or before May 18, 2015.

Plaintiff, Fannie Mae, FNMA and Association, by and through their counsel hereby stipulate to allow the Association an extension of time to file its Response to Motion for Summary Judgment. This additional time is appropriate because counsel for the parties in this case are also involved in many other related cases pending in this Court, and counsel for the Association is facing imminent briefing deadlines in some of these related cases. Counsel for the Association seeks additional time in order to allow him to evaluate his client's position with respect to the pending Motion for Summary Judgment seeking a declaration as to interests in real property in which the Association does not have an ownership interest. Association shall have up to and including June 8, 2015, to file its Response. Fannie Mae and FHFA shall have an extension of time up to and including July 6, 2015, to file their Reply to Plaintiff and

. . .

. . .

1 | Association's Response to Motion for Summary Judgment.

2 | DATED this 1st day of June, 2015.  DATED this 1st day of June, 2015.

3 | **LEACH JOHNSON SONG & GRUCHOW**  **HONG & HONG**

5 | By: /s/ T. Chase Pittsenbarger  By: /s/ Joseph Y. Hong
SEAN L. ANDERSON  JOSEPH Y. HONG
6 | Nevada Bar No. 7259  Nevada Bar No. 05995
RYAN D. HASTINGS  10781 West Twain Avenue
7 | Nevada Bar No. 12394  Las Vegas, Nevada 89135
T. CHASE PITTSENBARGER  Phone: (702) 870-1777
8 | Nevada Bar No. 13740  Fax: (702) 870-0500
8945 West Russell Road, Suite 330  *Attorneys for Plaintiff My Global*
9 | Las Vegas, Nevada 89148  *Village, LLC*
Phone: (702) 538-9074
10 | *Attorneys for Counter-Defendant Mountain Shadow Homeowners' Association*

12 | DATED this 1st day of June, 2015.

13 | **FENNEMORE CRAIG, P.C.**

15 | By: /s/ Leslie Bryan Hart
LESLIE BRYAN HART
16 | Nevada Bar No. 4932
JOHN D. TENNERT
17 | Nevada Bar No. 11728
300 E. Second Street, Suite 1510
18 | Reno, Nevada 89501
Tel.: (775) 788-2228
19 | Fax: (775) 788-2229

20 | and

21 | **ARNOLD & PORTER LLP**
*(Admitted Pro Hac Vice)*
22 | ASIM VARMA
HOWARD N. CAYNE
23 | MICHAEL A.F. JOHNSON
555 12TH Street NW
24 | Washington, DC 20004
Tel.: (202) 942-5000
25 | Fax: (202) 942-5999
*Attorneys for Federal Housing Financing*
26 | *Agency*

*Left margin:* LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

-3-

DATED this 1st day of June, 2015.

**PITE DUNCAN, LLP**

By: /s/ Laurel I. Handley
LAUREL I. HANDLEY
Nevada State Bar No. 9576
KRISTA J. NIELSON
Nevada State Bar No. 10698
lhandley@piteduncan.com
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Phone: (858) 750-7600
Fax: (702) 685-6342
*Attorneys for Defendant Federal National Mortgage Association*

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of June, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE