Laurel I. Handley (SBN 9576)
Krista J. Nielson (SBN 10698)
ALDRIDGE PITE, LLP
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Tel: (858) 750-7600 Fax: (702) 685-6342
lhandley@aldridgepite.com; knielson@aldridgepite.com
*Attorneys for Defendant Federal National Mortgage Association*

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG JONES VARGAS
300 S. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228 Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
555 12th Street NW
Washington, DC 20004
Tel: (202) 942-5000   Fax: (202) 942-5999
asim.varma@aporter.com; howard.cayne@aporter.com;
michael.johnson@aporter.com
*Attorneys for Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MY GLOBAL VILLAGE LLC., <br> Plaintiff, <br> v. <br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al. <br> Defendants, <br> and <br> FEDERAL HOUSING FINANCE AGENCY, <br> Intervenor. | Case No. 2:15-cv-00211-RCJ-NJK <br><br> **JUDGMENT** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br> Counterclaimant, <br> and <br> FEDERAL HOUSING FINANCE AGENCY, <br> Intervenor, <br> v. <br> MY GLOBAL VILLAGE LLC; MOUNTAIN SHADOW HOMEOWNER'S ASSOCIATION, INC., and NEVADA ASSOCIATION SERVICES, INC., <br> Counter-defendants. | |

Pending before the Court are the Motion for Summary Judgment (ECF No. 34) of the Federal National Mortgage Association ("Fannie Mae") and the Federal Housing Finance Agency, as Conservator of Fannie Mae ("FHFA"), and the Motion to Dismiss (ECF No. 39) of Counter-Defendant Mountain Shadow Homeowner's Association, Inc. ("HOA"). Having reviewed the parties' briefing, and for the reasons articulated in this Court's Order dated July 27, 2015 (ECF No. 55),

IT IS HEREBY ORDERED that the HOA's Motion to Dismiss is GRANTED. The HOA is DISMISSED from the case.

IT IS FURTHER ORDERED that Fannie Mae and FHFA's Motion for Summary Judgment is GRANTED. The Court holds that 12 U.S.C. § 4617(j)(3) preempts Nevada Revised Statutes § 116.3116 to the extent that a homeowner association's foreclosure of its super-priority lien cannot extinguish a property interest of Fannie Mae while it is under FHFA's conservatorship. Accordingly, the HOA's foreclosure sale of the real property located at 7709 Wedlock Lane, Las Vegas, Nevada 89129 (the "Property") did not extinguish Fannie Mae's interest in the Property or convey the Property free and clear to Plaintiff My Global Village LLC. Fannie Mae and FHFA are thus granted summary judgment on their counterclaims against Plaintiff, and are granted defensive summary judgment on Plaintiff's claims against Fannie Mae and FHFA.

IT IS FURTHER ORDERED that the Court determines that this is a final and appealable judgment pursuant to Federal Rule of Civil Procedure 54(b) as there is no just reason for delay. Noting that Fannie Mae has voluntarily dismissed its counterclaims against the HOA and Nevada Association Services, Inc. ("NAS"), the Court determines that the only claims remaining to be adjudicated in this case are those brought by Plaintiff against NAS.

IT IS SO ORDERED.

Dated: August 25, 2015

Robert C. Jones
District Judge
United States District Court for the District of Nevada